UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

UNITED STATES OF AMERICA

v.

EDWARD THOMAS

CASE NO.   3:13-cr- 173-J- -crocmol
Ct. 1:      18 U.S.C. § 844(e)
Ct. 2:      18 U.S.C. §§ 115(a)(1)(B)
            & 115(b)(1)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about August 15, 2013, at Duval County, in the Middle District of

Florida,

### EDWARD THOMAS

the defendant herein, through the use of the telephone, maliciously conveyed

false information knowing the same to be false, concerning an attempt to be

made to kill, injure, and intimidate employees of the Social Security

Administration and unlawfully to damage and destroy a building and other real

and personal property of the Social Security Administration, an agency of the

United States, by means of an explosive, in or affecting interstate or foreign

commerce.

In violation of Title 18, United States Code, Section 844(e).

## COUNT TWO

On or about August 15, 2013, at Duval County, in the Middle District of

Florida,

### EDWARD THOMAS

the defendant herein did threaten to assault an employee of the Social Security

Administration, an agency of the United States, with intent to intimidate said

employee while engaged in the performance of his or her official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B),

115(b)(1)(A), and 115(b)(1)(B)(i).

A TRUE BILL,

_____
Foreperson


A. LEE BENTLEY, III
Acting United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney


By: _____
JULIE HACKENBERRY
Assistant United States Attorney
Chief, Jacksonville Division


2

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## EDWARD THOMAS

### INDICTMENT

Violations:

18 U.S.C. § 844(e)
18 U.S.C. § 115(a)(1)(B) and 115(b)(1)

A true bill,

_____

Foreperson

Filed in open court this 18th day

of September, 2013.

_____

Clerk

Bail $_____

GPO 863 525